AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Sebrena Flennaugh | ) | Case No: 10CR00377-003-JSW |
| | ) | USM No: 14634-111 |
| Date of Original Judgment: 12/06/2010 | ) | |
| Date of Previous Amended Judgment: 05/11/2012 | ) | Shilpi Agarwal/Gabriela Bischof (AFPD) |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  77  months **is reduced to**  70 months* .

*(Complete Parts I and II of Page 2 when motion is granted)*

*70 months, but not less than the time of imprisonment that the defendant has served as of November 1, 2015.

Except as otherwise provided, all provisions of the judgment dated   12/06/2010   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   05/07/2015

*Judge's signature*

Effective Date:   11/01/2015

Honorable Jeffrey S. White, U.S. District Judge
*Printed name and title*

*(if different from order date)*

Case 4:10-cr-00377-JSW   Document 171   Filed 05/07/15   Page 2 of 2

AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Sebrena Flennaugh
CASE NUMBER: 10CR00377-003-JSW
DISTRICT: Northern District of California

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 24　　　　　　Amended Total Offense Level: 21
Criminal History Category: IV　　　　　　　Criminal History Category: IV
Previous Guideline Range: 77 to 96 months　Amended Guideline Range: 60 to 71 months

### II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

### III. ADDITIONAL COMMENTS